UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VITAL FARMS, INC., <br><br> Petitioner, <br><br> v. <br><br> BRIAN TANZ, <br><br> Respondent. | Case No. 23-mc-431 <br><br> Related Case No. 1:21-CV-00447-RP (W.D. Tex.) <br><br> **NOTICE OF MOTION TO COMPEL SUBPOENA TO NON-PARTY DR. BRIAN TANZ** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of Motion to Compel Subpoena to Non-Party Dr. Brian Tanz, dated November 9, 2023, the Declaration of Jay Ramsey, sworn to on November 9, 2023, and any and all prior pleadings and proceedings heretofore had herein, Defendant Vital Farms ("Vital Farms") by and through their undersigned counsel, Sheppard Mullin Richter and Hampton LLP, will move this Court at the United States District Court, Southern District of New York, before the assigned Judge at a date and time to be determined, for an Order (i) compelling Dr. Tanz's compliance with the Subpoena to Testify at a Deposition and respond to Document Requests in a Civil Action (the "Subpoena") issued by Vital Farms pursuant to Rule 26 and 45 of the Federal Rules of Civil Procedure and (ii) for such further and different relief as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with Local Rule 6.1(b), opposition papers to this motion shall be served "within fourteen days after service of the moving papers," and reply papers shall be served "within seven days after service of the answering papers."

| | |
|---|---|
| Dated: November 9, 2023 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP |//

Dated: November 9, 2023

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By: */s/ Meghan Stuer*
    Meghan Stuer, Esq.
    30 Rockefeller Plaza
    New York, NY 10012
    Tel.: (212) 653-8700
    Fax: (212) 653-8701
    mstuer@sheppardmullin.com

    Jay T. Ramsey, Esq.
    (*pro hac vice* motion to be filed)
    P. Craig Cardon, Esq.
    (*pro hac vice* motion to be filed)
    1901 Avenue of the Stars, Suite 1600
    Los Angeles, CA 90067
    Tel.: (310) 228-3749
    Fax: (310) 228-3701
    jramsey@sheppardmullin.com
    ccardon@sheppardmullin.com

    Attorneys for VITAL FARMS, INC.

**To: Attorneys for Plaintiff, Nicholas Usler:**
LAW OFFICES OF RICHARD L. STONE
3600 Gardens Parkway, Suite 1702(b)
Palm Beach Gardens, Florida 33410
Telephone: (561) 358-4800
Email: rstoneesq@rstoneesq.com

EDMUNDSON SHELTON WEISS PLLC
Jesse Z. Weiss (SBN: 24013728)
Ryan Shelton (SBN: 24037484)
317 Grace Lane, Suite 210
Austin, Texas 78746
Telephone: (512) 596-3058
Facsimile: (512) 532-6637
Email: jesse@eswpllc.com
ryan@eswpllc.com

**To: Attorneys for Non-Party, Dr. Brian Tanz**
Bruce H. Lederman
9 East 40th Street

-3-

New York, NY 10016
Tele: 212 564 1400 x 419
Email: Blederman@DLPartnersLaw.Com