USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/20/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- X
                                                          :

VITAL FARMS, INC.,

                                  Petitioner,  :          1:23-mc-431-GHW-JLC

                          -v –                       :                 <u>ORDER</u>

BRIAN TANZ,

                                 Respondent.  :
--------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      This miscellaneous matter commenced on November 9, 2023 with a motion to compel the deposition of Dr. Brian Tanz for another litigation in the U.S. District Court for the Western District of Texas, Case No. 1:21-cv-00447.  Dkt. No. 1.  A motion to quash the subpoena for the deposition was subsequently filed.  Dkt. No. 17.  On December 19, 2023, Judge James L. Cott issued an order denying the motion to compel and granting the motion to quash.  Dkt. No. 26.  All pending issues before the Court in this matter are now resolved.

      Accordingly, the Clerk of Court is directed to close this miscellaneous matter.

      SO ORDERED.

Dated:  December 20, 2023
           New York, New York

                                                                                _____
                                                                                    GREGORY H. WOODS
                                                                            United States District Judge